UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Brandon Nieves

Defendant(s).

------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20 -CR-    ( )( )

20-cr-626 PMH

Defendant ____Brandon Nieves_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__x_   Initial Appearance Before a Judicial Officer

x___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_   Bail/Detention Hearing

__x_   Conference Before a Judicial Officer

*Brandon Nieves* (signature)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Brandon Nieves
Print Defendant's Name

*(signature)*
Defendant's Counsel's Signature

Daniel A. Hochheiser_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

*(signature)*
U.S. District Judge/U.S. Magistrate Judge